# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER GRACE BARTHEL,<br><br>    Defendant. | 1:15-cr-00105-LJO-SKO-2<br><br>**ORDER ON REQUEST FOR EARLY TERMINATION (ECF No. 112)** |

The Court has received and reviewed the Defendant's request for early termination of Supervised Release (ECF No. 112), along with the Probation Officer's January 8, 2019 letter in support. The Court has also received an email dated January 8, 2019 from Assistant U.S. Attorney Carbajal, objecting to early termination in light of the defendant's violation of Supervised Release in June 2017. At that time, she produced a confirmed positive test result for Opiates.

The objection is SUSTAINED, and the request is DENIED without prejudice.

The Court will entertain a renewed request in December of this year IF there are no more violations.

IT IS SO ORDERED.

Dated: **January 9, 2019**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE